*ert S. Erdahl* and *Joseph M. Howard* for the United States.

No. 403, Misc. DANIELS *v.* ASHE, WARDEN. Supreme Court of Pennsylvania. Certiorari denied.

No. 414, Misc. HOLIDAY *v.* SWENSON, WARDEN. Criminal Court of Baltimore, Maryland. Certiorari denied.

No. 419, Misc. HASENFUSS *v.* NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 422, Misc. PUTNAM *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 424, Misc. BAILEY *v.* STEWART, WARDEN. Supreme Court of Missouri. Certiorari denied.

No. 427, Misc. MINOR *v.* RAGEN, WARDEN. Criminal Court of Cook County, Illinois. Certiorari denied.

No. 428, Misc. BAUGH *v.* RAGEN, WARDEN. Circuit Court of Madison County, Illinois. Certiorari denied.

No. 435, Misc. HABIGHORST *v.* LOUISIANA. Supreme Court of Louisiana. Certiorari denied. *Maurice R. Woulfe* for petitioner.

No. 436, Misc. HENRY *v.* BALDI, SUPERINTENDENT. Supreme Court of Pennsylvania. Certiorari denied.

No. 442, Misc. HARPSTRITH *v.* NIERSTHEIMER, WARDEN. Supreme Court of Illinois. Certiorari denied.